1  Andrew H. Selesnick (SBN 160516)
   Damaris L. Medina (SBN 262788)
2  Ketakee R. Kane (SBN 291828)
   **MICHELMAN & ROBINSON, LLP**
3  15760 Ventura Boulevard, 5th Floor
   Encino, California 91436
4  Telephone: (818) 783-5530
   Facsimile:  (818) 783-5507
5
   Troy A. Schell, Esq. (SBN 208661)
6  Bryan Wong, Esq. (SBN 205573)
   **PRIME HEALTHCARE SERVICES, INC.**
7  3300 East Guasti Road, 3rd Floor
   Ontario, California 91761
8  Telephone:  (909) 235-4400
   Facsimile:   (909) 235-4419
9
   Attorneys for Plaintiff
10
   Additional Counsel Listed On Next Page
11

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC**, a Delaware limited liability company doing business as **Shasta Regional Medical Center;** | Case No. 2:15-cv-00473- TLN-KJN |
| **Plaintiff** | **SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| **Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,** | [L.R. 144(A)] |
| **Defendant.** | |

1

**SECOND STIPULATION AND ORDER**

1  BENJAMIN B. WAGNER
United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for Defendants

Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and Defendant Sylvia Burwell, Secretary of the Department of Health and Human Services, ("Defendant") by and through their attorneys, hereby stipulate, subject to approval of the Court, to the following:

Plaintiff has filed a total of 9 cases challenging determinations by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its claims for payment for emergency medical services provided to Medicare beneficiaries between November 2008 and February 2009. These cases are as follows:

(1) In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated September 30, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 29 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was March 13, 2015, but the parties filed a stipulation to extend that deadline to April 10, 2015. Parties filed a further stipulation to extend the deadline to June 5, 2015.

(2) In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated November 21, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 17 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was March 30, 2015, but the parties filed a stipulation to extend that deadline to April 10, 2015. Parties filed a further stipulation to extend the deadline to June 5, 2015.

(3) In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated December 10, 2014, that it lacked standing to appeal the denial of

its claims for payment for emergency medical services provided to 6 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was May 4, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(4)  In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated December 23, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 10 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was May 4, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(5)  In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated December 29, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 18 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was May 29, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(6)  In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated January 2, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 19 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was May 29, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(7)  In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated January 2, 2015, that it lacked standing to appeal the denial of its

4

**SECOND STIPULATION AND ORDER**

claims for payment for emergency medical services provided to 7 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was May 29, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(8) In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-TLN-KJN, Plaintiff challenges a determination by the Medicare Appeals Council, dated January 2, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 25 Medicare beneficiaries between November 2008 and February 2009. The deadline for Defendant's responsive pleading was June 2, 2015, but the parties filed a stipulation to extend that deadline to June 5, 2015.

(9) In *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-GEB-CMK, Plaintiff challenges a determination by the Medicare Appeals Council, dated March 25, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 2 Medicare beneficiaries between November 2008 and February 2009.

In each of the nine cases, Plaintiff has recently retained the law firm of Michelman & Robinson LLP, and intends to amend the complaints in each of the nine cases pursuant to Federal Rule of Civil Procedure 15.

Accordingly, the parties agree, subject to approval of the Court, that Defendant will not be required to file a Responsive Pleading to the Complaints in each of the 9 cases and further agree to the following schedule:

///
///
///
///
///
///

**Deadline for filing an Amended Complaint in each case:**   July 2, 2015

**Deadline for filing a Responsive Pleading in each case:**   September 4, 2015

Dated:  June 1, 2015

By: */s/ Ketakee R. Kane*_____
Andrew H. Selesnick
Damaris L. Medina
Ketakee R. Kane
Troy A. Schell, Esq.
Bryan Wong, Esq.

Attorneys for Plaintiff Prime Healthcare Services – Shasta, LLC

By: */s/ Edward A. Olsen (as authorized on May 29, 2015).*
Edward A. Olsen
Benjamin B. Wagner

Attorneys for Defendant Sylvia Mathews Burwell

# ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

Dated: June 2, 2015

_____
Troy L. Nunley
United States District Judge

**SECOND STIPULATION AND ORDER**