UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:14-cv-02791-TLN-KJN<br><br>**ORDER** |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:15-cv-00450 TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:15-cv-00473 TLN-KJN |

1

| | | |
|---|---|---|
| 1 | Plaintiff, | |
| 2 | | |
| | v. | |
| 3 | | |
| 4 | SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| 5 | Defendant. | |
| 6 | | |
| 7 | PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:15-cv-00474 TLN-KJN |
| 8 | | |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| 13 | Defendant. | |
| 14 | PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | No. 2:15-cv-00709-TNL-KJN |
| 15 | | |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, | |
| 20 | | |
| | Defendant. | |
| 21 | | |
| 22 | PRIME HEALTHCARE SERVICES – SHASTA, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHASTA REGIONAL MEDICAL CENTER, PLAINTIFF, | No. 2:15-cv-00154-TLN-KJN |
| 23 | | |
| 24 | | |
| 25 | v. | |
| 26 | SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DEFENDANT. | |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHASTA REGIONAL MEDICAL CENTER, PLAINTIFF,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEFENDANT. | No. 2:15-cv-00324-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHASTA REGIONAL MEDICAL CENTER, PLAINTIFF,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEFENDANT. | No. 2:15-cv-00400-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOING BUSINESS AS SHASTA REGIONAL MEDICAL CENTER, PLAINTIFF,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEFENDANT. | No. 2:15-cv-01120-TLN-KJN |

The Court has reviewed the instant cases, including the pending motions before it, while also considering the likelihood of future lawsuits concerning this same subject matter being filed

before this Court. As such, the Court finds that this case would be best served by appointing a special master over this matter. Specifically, the Court proposes appointing a special master for the purpose of making findings and recommendations to the Court pursuant to Federal Rule 53.

Rule 53(a)(1)(a) empowers a judge to appoint a master to perform duties consented to by the parties. Rule 53(a)(1)(b) allows for an appointment of a master to recommend findings of fact if an exceptional condition exists or there is a need to perform an accounting to resolve a difficult damage computation. The Court finds that the instant cases involve such exceptional conditions, and thus ORDERS the parties to meet and confer within seven (7) days of the entry of this Order and file a joint statement apprising the Court of whether they will consent to the appointment of a special master. In the event that the parties consent, the Court will then proffer to the parties three (3) names of proposed special masters for the parties to consider.

IT IS SO ORDERED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge